**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**VS.**                          **NO. 4:16MJ97-BD-1**

**PATRICK BARRETT**                                    **DEFENDANT**

**ORDER OF DETENTION**

On this date, Defendant Patrick Barrett appeared before the Court, with counsel, for initial appearance on a complaint.  Mr. Barrett requested pre-trial release.  The Government seeks detention, but neither party was prepared to move forward with a hearing.  Accordingly, Mr. Barrett is remanded to the custody of the United States Marshal for detention pending a bond hearing.

IT IS SO ORDERED this 24th day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

1