# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                         No. 4:16-cr-156-DPM

PATRICK BARRETT                                             DEFENDANT

## ORDER

Motion for copies, № 37, granted as modified. Danny Glover represented Barrett as CJA counsel in this case. The Court directs Glover to send Barrett copies of the Judgment and the docket sheet.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

18 August 2017